UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 2:24-cv-09926 WLH (ADS)　　　　　　　　　Date: January 21, 2025

Title: *Antoinne Holmes v. J. Doerer*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE RESPONSE TO PETITION**

　　Antoinne Holmes ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition") on November 15, 2024. (Dkt. No. 1.) On November 25, 2024, this Court issued an Order Requiring Response to Petition. (Dkt. No. 4.) The Court ordered Respondent to respond to the Petition by filing a Motion to Dismiss by December 26, 2024, or an Answer by January 9, 2025. (Id.) As of the date of this Order, Respondent has not filed a Motion to Dismiss or an Answer in response to the Petition.

　　Respondent is **ORDERED TO SHOW CAUSE** why it has failed to file a response to the Petition **by no later than January 27, 2025**.

　　**IT IS SO ORDERED.**

Initials of Clerk kh