JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINNE HOLMES, | Case No. 2:24-cv-09926 WLH (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| J. DOERER, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition dismissed with prejudice.

DATED: 8/18/2025

_____
THE HONORABLE WESLEY L. HSU
United States District Judge